# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

SCOTT D. ROWE,
*Plaintiff*

V.

3M COMPANY,
*Defendant*

Civil Action
No. **6:19−CV−00019−ADA−JCM**

### SUMMONS IN A CIVIL ACTION

TO:  3M Company
c/o Corporation Service Company
d/b/a CSC−Lawyers Incorporating Service
211 E. 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Muhammad Suleiman Aziz
Abraham Watkins Nichols Sorrels Agosto & Aziz
800 Commerce Street
Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

s/LEIGH ANNE DIAZ
DEPUTY CLERK



ISSUED ON 2019−01−22 11:25:36

Civil Action No. 6:19-CV-00019-ADA-JCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **3M Company**
was received by me on *(date)* **1/22/19**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Kelly Courtney**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Corporation Service Company d/b/a CSC-Lawyers Incorporating Service** on *(date)* **1/23/19 @ 1:45pm**; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: **1/23/19**

**Barbara C. Stinnett - PSC1181**
Server's signature    Exp. 07/31/20

**Barbara C. Stinnett** - Private Process Server
Printed name and title

**P.O. Box 684627, Austin TX 78768**
Server's Address

Additional information regarding attempted service, etc:
_____
_____